IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALBERT BELL                                                                                    PETITIONER
ADC #104487

V.                                              NO. 5:05cv00084 JMM

LARRY NORRIS, Director,                                                              RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 18th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE